# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4141

_____

JESUS MOJICA,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

August 14, 2019

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox, Marie A. Mattox, P.A., Tallahassee, for Appellant.

Thomas R. Thompson and Mallory R. Bennett, Tallahassee, for Appellee.